# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC., <br><br>Plaintiff, <br><br>v. <br><br>ARTURO FLORES, <br><br>Defendant. | Case No.: 1:18-cv-01248 LJO JLT <br><br> ORDER TO THE DEFENDANT TO SHOW CAUSE WHY THE ANSWER SHOULD NOT BE STRICKEN |

On October 24, 2018, the plaintiff filed proof demonstrating the defendant had been served the summons and complaint on October 12, 2018. (Doc. 4) After the defendant failed to respond to the complaint, on November 2, 2018, the plaintiff sought entry of default (Doc. 5) and the Clerk entered default the next day (Doc. 6). The day after that, the defendant filed his answer (Doc. 8). Thus, the Court **ORDERS**:

1. **<u>Within 14 days</u>**, the defendant **SHALL** show cause in writing why his answer should not be stricken. Alternately, he may file a stipulation or a motion to set aside the default within the same 14-day period.

IT IS SO ORDERED.

Dated: **November 8, 2018**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE