# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>ARTURO FLORES,<br><br>        Defendant. | Case No.: 1:18-cv-01248 - LJO - JLT<br><br>ORDER APPROVING THE STIPULATION OF THE PARTIES AND SETTING ASIDE THE ENTRY OF DEFAULT<br><br>(Doc. 11) |

       On October 24, 2018, the plaintiff filed proof demonstrating the defendant had been served the summons and complaint. (Doc. 4) After the defendant failed to respond to the complaint, on November 2, 2018, the plaintiff sought entry of default (Doc. 5) and the Clerk entered on November 5, 2018. (Doc. 6) The following day, the defendant filed his answer. (Doc. 8) Therefore, the Court ordered the defendant to show cause why his answer should not be stricken. (Doc. 10 at 1) In the alternative, the defendant was directed to "file a stipulation or a motion to set aside the default" (*Id.*)

       On November 9, 2018, the parties filed a stipulation to set aside the entry of default. (Doc. 11) The parties "jointly request that the default by the clerk in this matter against defendant, be set aside and vacated." (*Id.* at 1) In addition, the parties request that the "defendant be allowed to file an answer to the complaint immediately thereafter, or deem that answer filed on November 6, 2018, be accepted as filed." (*Id.* at 1-2)

///

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The default entered on November 5, 2018 (Doc. 6) is **SET ASIDE**;
2. Defendant's Answer filed November 8, 2018 is deemed the operative Answer to the Complaint.

IT IS SO ORDERED.

Dated: __**November 20, 2018**__  __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE