# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No.: 1:18-cv-1248 LJO JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 39) |
| ARTURO FLORES, et al., | |
| Defendants. | |

On September 18, 2019, Plaintiff notified the Court that the parties have settled all claims in the action. (Doc. 39) Plaintiff reports settlement documents are currently being prepared by the parties. (*Id.* at 1) Thus, the Court **ORDERS**:

1. The parties **SHALL** file a stipulation to dismiss **no later than November 22, 2019**; and
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including dismissal of the action.**

IT IS SO ORDERED.

Dated: **September 19, 2019**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE