**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | **CASE NO. 1:18-cv-01248-LJO-JLT** |
| Plaintiff, | **ORDER CLOSING THE CASE** |
| vs. | |
| **ARTURO FLORES, et al,** | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendants Arturo Flores and Alejandro Vasquez that the above-entitled action is hereby dismissed **without prejudice** against Arturo Flores and Alejandro Vasquez.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 1, 2020, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///

**ORDER**

Because the parties have stipulated to close this action, Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **November 7, 2019**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE